

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,636

### EX PARTE HILLIARD EUGENE FIELDS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-9700917-PT IN THE 283RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of sexual assault of a child and sentenced to five years' imprisonment. He did not appeal her conviction.

After Applicant's previous application was decided by this Court, new affidavits were presented to the trial court.

The trial court has determined that these new affidavits establish by clear and convincing

evidence that a jury would acquit him of the offense charged. The State and the trial court both recommend granting relief. Applicant is entitled to relief.

Relief is granted. The judgment in Cause No. F-9700917-PT in the 283rd Judicial District Court of Dallas County is set aside, and Applicant is remanded to the Dallas County Sheriff to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 14, 2011
Do Not Publish